UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL VERBURG, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CV1306 RLW |
| SCOTT WILLIS, | ) |
| Defendant, | ) |

**MEMORANDUM AND ORDER**

Plaintiff moves to voluntarily dismiss this case on the basis that he did not intend his pleading to be construed as a civil complaint. The motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to dismiss [ECF No. 4] is **GRANTED**.

An Order of Dismissal will be filed separately.

Dated this 10th day of September, 2015.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE